SMITH v. BERRY. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by John T. Smith against Harold R. Berry. No opinion. Application denied, with $10 costs. Order signed.

SMITH, Respondent, v. BURGER, Appellant. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by Mary Smith against Richard E. Burger. No opinion. Motion denied. See, also, 151 N. Y. Supp. 1145.

SMITH, Respondent, v. HAM, Appellant. (Supreme Court, Appellate Division, Third Department. May 7, 1915.) Action by George D. Smith against Albert W. Ham.

PER CURIAM. Motion denied. See, also, 151 N. Y. Supp. 998.

HOWARD, J., dissents.

SOTHMAN et al. v. STANDARD GAS POWER CORP. et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Peter W. Sothman and others against the Standard Gas Power Corporation and others. M. L. Heidenheimer, of New York City, for appellants. J. W. Welsh, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

SOTHMAN et al., Appellants, v. WARD, Respondent. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Peter W. Sothman and others against Henry M. Ward. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

SOUND TRANSP. CO., Respondent, v. DELAWARE, L. & W. R. CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. April 30, 1915.) Action by the Sound Transportation Company against the Delaware, Lackawanna & Western Railroad Company, impleaded with others. A. J. McMahon, of New York City, for appellant. B. G. Paskus, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Order filed.

In re SPELLMAN. (Supreme Court, Appellate Division, Second Department. March 19, 1915.) In the matter of the application of John D. Spellman for admission to the bar. No opinion. Application granted.

SPERO, Respondent, v. GRACE, Appellant. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by Philip Spero, as trustee, against John Grace. E. A. Darr, of New York City, for appellant. A. D. Fisher, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

STAFFORD, Respondent, v. STAFFORD, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 10, 1915.) Action by Augusta C. Stafford against Frank B. Stafford. No opinion. Motion for leave to appeal (in 165 App. Div. 27, 150 N. Y. Supp. 212) to Court of Appeals denied, without costs.

STANDARD MAIL ORDER CO., Respondent, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, First Department. March 19, 1915.) Action by the Standard Mail Order Company against Harry Kaufman and others. E. J. Myers, of New York City, for appellants. C. B. Brophy, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 164 App. Div. 936, 149 N. Y. Supp. 1113.

STEM, Respondent, v. WETMORE, Appellant, et al. (Supreme Court, Appellate Division, First Department. April 16, 1915.) Action by Allen H. Stem, individually, etc., against Charles D. Wetmore, impleaded with others. G. H. Gray, of New York City, for appellant. H. Swain, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re STEVENS. (Supreme Court, Appellate Division, Second Department. April 16, 1915.) In the matter of the application of Robert Henry Stevens for a peremptory writ of mandamus against Charles J. McCormack, as President of the Borough of Richmond.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

BURR, J., not voting.

STEWART, Respondent, v. ECLIPSE BICYCLE CO. et al., Appellants. (Supreme Court, Appellate Division, Third Department. March 18, 1915.) Action by Gardiner Stewart against the Eclipse Bicycle Company and others. No opinion. Motion for leave to appeal (in 151 N. Y. Supp. 1146) to the Court of Appeals denied, on the ground that it is urged that by the judgment the receiver takes title to some assets that were not transferred from the Eclipse Bicycle Company to the Eclipse Manufacturing Company. It does not appear what those assets were, or that they had any value over the incumbrances then upon them. The question, therefore, does not seem to be important.

STILES, Respondent, v. O'SHEA, Appellant. (Supreme Court, Apellate Division, Second Department. April 9, 1915.) Action by James E. Stiles against George H. O'Shea. No opinion. Judgment and order unanimously affirmed, with costs.